UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASH BRAIDY KNOTT, | ) | CV F 04 6650 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #5] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| RAYMOND ANDREWS, Warden, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 10, 2005, the Magistrate Judge issued a Findings and Recommendation that the petition for writ of habeas corpus be DISMISSED for failure to prosecute. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections. The Court notes that the Findings and Recommendation were returned by the U.S. Postal Service on March 21, 2005, as

1

undeliverable.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued March 10, 2005, is ADOPTED IN FULL;

2. The petition for writ of habeas corpus is DISMISSED; and

3. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   April 26, 2005**                              /s/ Anthony W. Ishii
0m8i78                                                   UNITED STATES DISTRICT JUDGE

---

[1] Service at the last address provided by Petitioner is sufficient. <u>See</u> Local Rule 83-183.